# Court of Appeals
# of the State of Georgia

ATLANTA,____March 04, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15E0022. BROWN v. THE STATE.**

Maurice Brown filed a pro-se motion for an out-of-time appeal, and such motion was denied by the trial court on November 19, 2014. On March 3, 2015, Brown filed a motion for an extension of time to file a notice of appeal. However, Brown was required to file his request for an extension within the time period the motion sought to extend, in this case, within 30 days of the denial of his motion for an out-of-time appeal. See OCGA §§ 5-6-38 (a) ("A notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of [.]"); 5-6-39 (d) ("Any application to any court, justice, or judge for an extension [of time to file] *must be made* before expiration of the period for filing as originally prescribed or as extended by a permissible previous order.") (emphasis added). Since Brown filed his motion for an extension outside of the applicable time period, it is untimely and, therefore, must be DENIED. See *Grovnor v. Bd. of Regents of the Univ. System of Ga.*, 231 Ga. App. 120 (1) (497 SE2d 652) (1998) (trial court properly denied untimely motion for an extension of time to file a notice of appeal).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____03/04/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*